UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: )
)
**ALLEY, KATHLEEN J** ) Bankruptcy Case No. 15-81593 TML
) Chapter 7
)
Debtor(s). )

### CERTIFICATE OF SERVICE

The undersigned certifies that on December 5, 2017, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

ALLEY, KATHLEEN J
11532 -1/2 NORTH 2ND STREET
MACHESNEY PARK, IL 61115

JEFFRY A. DAHLBERG
BALSLEY & DAHLBERG, LLP
5130 N. SECOND STREET
LOVES PARK, IL 61111
*(Via ECF Electronic Transmission)*

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

First National Bank of Omaha
1620 Dodge Street
Stop Code 3105
Omaha, NE 68197

Wells Fargo Bank NA
PO Box 10438
Des Moines, IA 50306-0438

Credit First NA
Po Box 818011
Cleveland, OH 44181

Capital Recovery V, LLC
c/o Recovery Management Systems Corp
25 SE 2nd Avenue Suite 1120
Miami, FL 33131-1605

Synchrony Bank
c/o Recovery Management Systems Corp
25 SE 2nd Ave Suite 1120
Miami, FL 33131-1605

/s/ Debbie M. Harris

STEPHEN G. BALSLEY, Trustee
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611
sbalsley@bslbv.com