**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: ALLEY, KATHLEEN J                              § Case No. 15-81593-TML
                                                      §
                                                      §
Debtor(s)                                             §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

   Assets Abandoned: $65,151.00                         Assets Exempt: $7,200.00
   *(without deducting any secured claims)*

   Total Distribution to Claimants: $564.67             Claims Discharged
                                                        Without Payment: $14,577.63

   Total Expenses of Administration: $9,435.33

   3) Total gross receipts of $ 10,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $74,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 13,104.33 | 9,435.33 | 9,435.33 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 15,026.11 | 14,728.41 | 14,728.41 | 564.67 |
| **TOTAL DISBURSEMENTS** | $89,026.11 | $27,832.74 | $24,163.74 | $10,000.00 |

    4) This case was originally filed under Chapter 7 on June 17, 2015. The case was pending for 33 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/20/2018     By: /s/STEPHEN G. BALSLEY
                                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1294 Harder Court, Rockford, IL | 1210-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$10,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Wells Fargo Home Mortgage c/o Pierce & Associates | 4110-000 | 74,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$74,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - STEPHEN G. BALSLEY | 2100-000 | N/A | 1,750.00 | 1,750.00 | 1,750.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) - U.S. | 2700-000 | N/A | 350.00 | 350.00 | 350.00 |
| Attorney for Trustee Fees (Trustee Firm) - Barrick, Switzer, Long, Balsley & Van | 3110-000 | N/A | 7,169.00 | 3,500.00 | 3,500.00 |
| Attorney for Trustee Expenses (Trustee Firm) - Barrick, Switzer, Long, Balsley & | 3120-000 | N/A | 180.00 | 180.00 | 180.00 |
| Other - Title Underwriters Agency - Escrow Account | 2500-000 | N/A | 512.78 | 512.78 | 512.78 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---:|---:|---:|---:|
| Other - Title Underwriters Agency - Escrow Account | 3510-000 | N/A | 600.00 | 600.00 | 600.00 |
| Other - Title Underwriters Agency - Escrow Account | 2500-000 | N/A | 692.00 | 692.00 | 692.00 |
| Other - Title Underwriters Agency - Escrow Account | 2500-000 | N/A | 15.00 | 15.00 | 15.00 |
| Other - Title Underwriters Agency - Escrow Account | 2500-000 | N/A | 1,825.55 | 1,825.55 | 1,825.55 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$13,104.33** | **$9,435.33** | **$9,435.33** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---:|---:|---:|---:|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | 2,189.09 | 2,305.27 | 2,305.27 | 88.38 |
| 2 | First National Bank of Omaha | 7100-000 | 3,040.95 | 3,040.96 | 3,040.96 | 116.59 |
| 3 | Wells Fargo Bank NA | 7100-000 | 8,191.64 | 8,191.64 | 8,191.64 | 314.06 |
| 4 | Credit First NA | 7100-000 | 413.89 | 413.89 | 413.89 | 15.87 |
| 5 | Capital Recovery V, LLC | 7100-000 | 644.07 | 644.07 | 644.07 | 24.69 |
| 6 | Synchrony Bank | 7100-000 | 132.58 | 132.58 | 132.58 | 5.08 |
| NOTFILED | Firestone c/o Credit First National Assoc. | 7100-000 | 413.89 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$15,026.11** | **$14,728.41** | **$14,728.41** | **$564.67** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-81593-TML  
**Case Name:** ALLEY, KATHLEEN J  

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 06/17/15 (f)  
**§341(a) Meeting Date:** 07/13/15  

**Period Ending:** 03/20/18  
**Claims Bar Date:** 11/16/15  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real estate located at: 806 Copper Drive, Maches | 56,457.00 | 0.00 | | 0.00 | FA |
| 2 | Rock Valley Credit Union/Savings | 300.00 | 300.00 | | 0.00 | FA |
| 3 | Associated Bank/Checking | 130.00 | 130.00 | | 0.00 | FA |
| 4 | Heritage Federal Credit Union/Savings | 200.00 | 200.00 | | 0.00 | FA |
| 5 | Misc. household goods and furnishings | 1,100.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing and personal items | 800.00 | 0.00 | | 0.00 | FA |
| 7 | New York Life Insurance Policy | 800.00 | 800.00 | | 0.00 | FA |
| 8 | Interest in 401K Plan Delta Power | Unknown | 0.00 | | 0.00 | FA |
| 9 | 118.66 Shares Manulife Financial | 2,252.00 | 64.00 | | 0.00 | FA |
| 10 | 2006 Saturn Ion (136,000 miles) | 3,112.00 | 0.00 | | 0.00 | FA |
| 11 | 1294 Harder Court, Rockford, IL  (u)<br>  Adversary Case No. 15-96050.<br>See Order to Sell Real Estate entered 10/6/17. | 0.00 | 10,000.00 | | 10,000.00 | FA |
| 11 | **Assets   Totals** (Excluding unknown values) | **$65,151.00** | **$11,494.00** | | **$10,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     December 31, 2016          **Current Projected Date Of Final Report (TFR):**     November 12, 2017  (Actual)

Printed: 03/20/2018 12:36 PM     V.13.32

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 15-81593-TML  
**Case Name:** ALLEY, KATHLEEN J  

**Taxpayer ID #:** **-***6438  
**Period Ending:** 03/20/18  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3966 - Checking Account  
**Blanket Bond:** $4,396,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/13/17 | | Title Underwriters Agency - Escrow Account | Proceeds from Sale of 1294 Harder Court, Rockford, Illinois | | 6,354.67 | | 6,354.67 |
| | {11} | | Sale Price                10,000.00 | 1210-000 | | | 6,354.67 |
| | | | 2017 County Taxes       -512.78 (Proration) | 2500-000 | | | 6,354.67 |
| | | | Commission (6%) to BR      -600.00 Properties, Inc. | 3510-000 | | | 6,354.67 |
| | | | Title Charges                -692.00 | 2500-000 | | | 6,354.67 |
| | | | Recording Charges          -15.00 | 2500-000 | | | 6,354.67 |
| | | | 2015 and 2016 Sold         -1,825.55 Taxes | 2500-000 | | | 6,354.67 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,344.67 |
| 12/27/17 | 101 | U.S. BANKRUPTCY COURT | Dividend paid 100.00% on $350.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 350.00 | 5,994.67 |
| 12/27/17 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,750.00, Trustee Compensation;  Reference: | 2100-000 | | 1,750.00 | 4,244.67 |
| 12/27/17 | 103 | Capital One Bank (USA), N.A. | Dividend paid   3.83% on $2,305.27; Claim# 1; Filed: $2,305.27; Reference: | 7100-000 | | 88.38 | 4,156.29 |
| 12/27/17 | 104 | First National Bank of Omaha | Dividend paid   3.83% on $3,040.96; Claim# 2; Filed: $3,040.96; Reference: | 7100-000 | | 116.59 | 4,039.70 |
| 12/27/17 | 105 | Wells Fargo Bank NA | Dividend paid   3.83% on $8,191.64; Claim# 3; Filed: $8,191.64; Reference: | 7100-000 | | 314.06 | 3,725.64 |
| 12/27/17 | 106 | Credit First NA | Dividend paid   3.83% on $413.89; Claim# 4; Filed: $413.89; Reference: | 7100-000 | | 15.87 | 3,709.77 |
| 12/27/17 | 107 | Capital Recovery V, LLC | Dividend paid   3.83% on $644.07; Claim# 5; Filed: $644.07; Reference: | 7100-000 | | 24.69 | 3,685.08 |
| 12/27/17 | 108 | Synchrony Bank | Dividend paid   3.83% on $132.58; Claim# 6; Filed: $132.58; Reference: | 7100-000 | | 5.08 | 3,680.00 |
| 12/27/17 | 109 | Barrick, Switzer, Long, Balsley & Van Evera | Combined Check for Claims#et_al. | | | 3,680.00 | 0.00 |
| | | | Dividend paid 100.00%        180.00 on $180.00;  Claim# ; Filed: $180.00 | 3120-000 | | | 0.00 |
| | | | Dividend paid 100.00%       3,500.00 on $3,500.00;  Claim# ; Filed: $7,169.00 | 3110-000 | | | 0.00 |

Subtotals :          $6,354.67          $6,354.67

{} Asset reference(s)

Printed: 03/20/2018 12:36 PM     V.13.32

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 15-81593-TML | Trustee: | STEPHEN G. BALSLEY (330410) |
| --- | --- | --- | --- |
| Case Name: | ALLEY, KATHLEEN J | Bank Name: | Rabobank, N.A. |
| | | Account: | ******3966 - Checking Account |
| Taxpayer ID #: | **-***6438 | Blanket Bond: | $4,396,000.00   (per case limit) |
| Period Ending: | 03/20/18 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | ACCOUNT TOTALS | | 6,354.67 | 6,354.67 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 6,354.67 | 6,354.67 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,354.67** | **$6,354.67** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **Checking # ******3966** | 6,354.67 | 6,354.67 | 0.00 |
| | $6,354.67 | $6,354.67 | $0.00 |

{} Asset reference(s)

Printed: 03/20/2018 12:36 PM    V.13.32